UNITED STATES DISTRICT COURT

Northern District of Alabama

Office of the Clerk

Room 140, 1729 5th Avenue North

Birmingham, Alabama 35203

(205) 278-1700

Sharon N Harris
Clerk

| | |
|---|---|
| Gemstone Foods LLC, et al } | |
| Plaintiff(s) } | |
| v. } | Case Number:   5:15-cv-2207-CLS |
| } | |
| AAA Foods Enterprises Inc., et al } | |
| Defendant(s) } | |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Judge Madeline Hughes Haikala. Please use case number 5:15-cv-2207-MHH on all subsequent pleadings.

DATED:  December 30, 2015

SHARON N. HARRIS, CLERK

By: *[signature]*
Deputy Clerk

SNH:st