FILED
2016 Nov-03 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GEMSTONE FOODS, LLC et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: 5:15-cv-02207-MHH |
| ) | |
| **AAA FOODS ENTERPRISES, INC.** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL ENSLEY et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No.: 5:15-cv-01179-MHH |
| ) | |
| **BEN O. TURNAGE et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## **ORDER**

The parties in *Gemstone Foods, LLC et al. v. AAA Foods, Inc. et al.*, No. 5:15-cv-02207-MHH, and *Michael Ensley et al. v. Ben O. Turnage et al.*, No. 5:15-cv-01179-

HGD, a case pending before Magistrate Judge Harwell Davis, have filed a joint motion to consolidate the above lawsuits for purposes of discovery, pretrial proceedings, and trial. (*See* Doc. 37 in Case No. 5:15-cv-02207-MHH; Doc. 33 in Case No. 5:15-cv-01179-HGD). Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a)(1)-(3). The Court finds that these actions involve sufficient common questions of law and fact.

Therefore, with Judge Davis's consent and pursuant to Rule 42, the Court **CONSOLIDATES** these matters for purposes of discovery, pretrial proceedings, and trial. *Gemstone Foods, LLC et al. v. AAA Foods, Inc. et al.*, No. 5:15-cv-02207-MHH, shall be the lead case. Going forward, the Court **DIRECTS** the parties to please file all documents under case number 5:15-cv-02207-MHH and to use the style that appears in this order.

**DONE** and **ORDERED** this November 3, 2016.

*/s/ Madeline H. Haikala*
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE