# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| GEMSTONE FOODS, LLC and RCF, LLC<br><br>    Plaintiffs;<br><br>v.<br><br>AAA FOODS ENTERPRISES, INC.; A&M CONSULTING FIRM, LLC; FARM FRESH FOODS, LLC; COOPER, HILL & LECROIX, CPAs; MICHAEL CLAUDE ENSLEY; ANNETTE CARR; SHANE PASS; MARK WELBORNE; MATTHEW WESTER; EDWARD L. HILL; GARY HILL; DEBORAH CAMPOS; and John and Jane Does 1-10<br><br>    Defendants. | Case No.: 5:15-cv-2207-MHH |
| - AND - | |
| MICHAEL ENSLEY, et al.,<br><br>    Plaintiffs;<br><br>v.<br><br>BEN O. TURNAGE, et al.,<br><br>    Defendants. | Case No.: 5:15-cv-01179-MHH |

# UNOPPOSED MOTION TO EXTEND PLEADINGS DEADLINES

COME NOW Gemstone Foods, LLC and RCF, LLC ("Plaintiffs"), through counsel, and presents their Unopposed Motion to Extend Pleadings Deadlines.

1. The Court has entered a Scheduling Order establishing that no causes of action, defenses, or parties will be allowed after August 15, 2017.

2. Plaintiffs request an extension by ten (10) days, or until August 25, 2017.

3. This motion is not being made for the purpose of delay or any improper purpose, but rather so justice and fairness can be accomplished.

4. Undersigned has contacted counsel of record regarding the relief sought by this motion, and counsel has no objection.

WHEREFORE, Plaintiff respectfully prays that the Court grant this motion and extend the deadline by August 25, 2017.

This the 15th day of August, 2017.

        Respectfully submitted,

        */s/Michael A. Heilman*

        Michael A. Heilman (admitted *pro hac vice*)
        GEMSTONE FOODS, LLC AND RCF, LLC

OF COUNSEL:
Michael A. Akers (AL Bar No. 4331-R74M)
AKERS LAW GROUP, PLLC
P.O. Box 280
Brandon, Mississippi 39043
mikeakers@akerslawgroup.com

Michael A. Heilman (admitted *pro hac vice*)
HEILMAN LAW GROUP, P. A.
Meadowbrook Office Park
4266 I-55 North, Suite 106
Jackson, Mississippi 39211
Telephone: (601) 914.1025
Facsimile: (601) 960-4200
mheilman@heilmanlawgroup.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

M. Jefferson Starling, III
Ryan Hodinka
Katie Clements
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
jstarling@balch.com
rhodinka@balch.com
kclements@balch.com

This the 15th day of August, 2017.

*/s/Michael A. Heilman*
Michael A. Heilman (admitted *pro hac vice*)