# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**GEMSTONE FOODS, LLC and RCF, LLC**

 Plaintiffs;

v.

**AAA FOODS ENTERPRISES, INC.; A&M CONSULTING FIRM, LLC; FARM FRESH FOODS, LLC; COOPER, HILL & LECROIX, CPAs; MICHAEL CLAUDE ENSLEY; ANNETTE CARR; SHANE PASS; MARK WELBORNE; MATTHEW WESTER; EDWARD L. HILL; GARY HILL; DEBORAH CAMPOS; and John and Jane Does 1-10**

 Defendants.

Case No.: 5:15-cv-2207-MHH

- AND -

**MICHAEL ENSLEY, et al.,**

 Plaintiffs;

v.

**BEN O. TURNAGE, et al.,**

 Defendants.

Case No.: 5:15-cv-01179-MHH

# AGREED SCHEDULING ORDER

The Court has reviewed the Stipulation of the Parties approved by the Special Master, and enters the following order of deadlines:

1. **Discovery**: All discovery must be commenced in time to be completed by **February 28, 2019**.

2. **Experts**: A. Initial report from party bearing the burden of proof (Plaintiffs in each respective case): **November 1, 2018**.

    B. Responsive report from party not bearing the burden of proof (Defendants in each respective case): **January 15, 2019**.

3. **Amendment of Pleadings**: All pleadings shall be amended no later than **October 1, 2018**.

4. **Status Conference**: **Monday, December 17, 2018, at 12:00 p.m.**, in the second floor courtroom, Federal Courthouse, Huntsville, AL.

5. **Dispositive Motions**: All dispositive motions shall be filed by **March 28, 2019**.

6. **Trial**. This case shall be ready for trial by July 2019.

This order may be modified only by the Court for good cause shown at the recommendation of the Special Master.

**DONE** and **ORDERED** this June 19, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE