# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **GEMSTONE FOODS, LLC and RCF, LLC** | } | |
| | } | |
| Plaintiffs; | } | |
| | } | |
| v. | } | Case No.: 5:15-cv-2207-MHH |
| | } | |
| **AAA FOODS ENTERPRISES, INC.; A&M CONSULTING FIRM, LLC; PORTIONING PARTNERS; FARM FRESH FOODS, LLC; COOPER, HILL & LECROIX, CPAs; MICHAEL CLAUDE ENSLEY; ANNETTE CARR; SHANE PASS; MARK WELBORNE; MATTHEW WESTER; EDWARD L. HILL; GARY HILL; DEBORAH CAMPOS; and John and Jane Does 1-10** | } | |
| | } | |
| Defendants. | } | |
| | } | |
| - AND - | } | |
| | } | |
| **MICHAEL ENSLEY, et al,** | } | |
| | } | |
| Plaintiffs; | } | |
| | } | |
| v. | } | Case No.: 5:15-cv-01179-MHH |
| | } | |
| **BEN O. TURNAGE, et al.,** | } | |
| | } | |
| Defendants. | } | |

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' AMENDED COUNTERCLAIM

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs Gemstone Foods, LLC and RCF, LLC ("Plaintiffs"), file this unopposed motion requesting the Court for a 5 (five) day extension to file their responsive pleading to Defendants' Amended Counterclaim.

1. On October 1, 2018, Defendants filed their Amended Counterclaim. *See* Docket No. 149. Plaintiffs' responsive pleading is due to be filed within 21 days or October 22, 2018.

2. Because of scheduling conflicts, counsel for Plaintiffs seeks an extension of 5 (five) days to file Plaintiffs' Response to Defendants' Amended Counterclaim.

3. This motion is not brought for purposes of delay but so that Plaintiffs will have adequate time to complete their responsive pleading to address the issues raised in Defendants' Amended Counterclaims.

4. For the foregoing reasons, Plaintiffs request that the Court extend the deadline for Plaintiffs to file their Responsive Pleading to Defendants' Amended Counterclaim until October 26, 2018.

Respectfully submitted,

*/s/ Michael A. Heilman*
Michael A. Heilman (admitted *pro hac vice*)

Counsel for Plaintiffs and Counter-Defendants

OF COUNSEL:
Michael A. Akers (AL Bar No. 4331-R74M)
AKERS LAW GROUP, PLLC
P.O. Box 280
Brandon, Mississippi 39043
mikeakers@akerslawgroup.com

Michael A. Heilman (admitted *pro hac vice*)
John W. Nisbett (admitted *pro hac vice*)
HEILMAN LAW GROUP, P. A.
Meadowbrook Office Park
4266 I-55 North, Suite 106
Jackson, Mississippi 39211
Telephone: (601) 914.1025
Facsimile: (601) 960-4200
mheilman@heilmanlawgroup.com
jnisbett@heilmanlawgroup.com

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that I communicated with counsel opposite and he has no opposition to this extension.

/s/ Michael A. Heilman
Michael A. Heilman

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

This the 22nd day of October, 2018.

>	*/s/ Michael A. Heilman*
>	Michael A. Heilman